UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WADE MULLEN,

                Plaintiff,

-against-

BODUM USA, INC.,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/19/2023_
```

23 Civ. 1166 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed protective order. ECF No. 20. Exhibit A of the proposed protective order, *id.* at 14, states that parties who execute the acknowledgement and agreement to be bound to the proposed protective order "agree to submit to the jurisdiction of the United States Court for the Southern District of New York[] for the purpose of enforcing the terms of this [s]tipulated [p]rotective [o]rder, even if such enforcement proceedings occur after termination of this action," *id.* By **July 26, 2023**, the parties shall advise the Court whether this language relates to venue. The Court shall not retain jurisdiction over the protective order following termination of the litigation. To the extent this language suggests otherwise, the parties shall modify the proposed protective order and file a revised one by that same date. *Id.*; *see also id.* ¶ 4.

    SO ORDERED.

Dated: July 19, 2023
       New York, New York

                                                            ANALISA TORRES
                                               United States District Judge