UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WADE MULLEN,

                                    Plaintiff,

                    -against-

BODUM USA, INC.,

                                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   12/13/2023
```

23 Civ. 1166 (AT)

**ORDER**

ANALISA TORRES, District Judge:

> Fact discovery closed on November 25, 2023.  *See* ECF No. 26 ¶ 5.  Pre-motion letters for motions for summary judgment were due by December 11, 2023.  *Id.* ¶¶ 8, 16.  The Court received no such letters.  The parties were also required to submit a joint status report not later than one week in advance of the case management conference scheduled for December 19, 2023.  *Id.* ¶¶ 15–16.  The status report is now overdue.

> Accordingly, the case management conference scheduled for December 19, 2023, is ADJOURNED *sine die*.  By separate order, the Court shall refer the matter to the Honorable Valerie Figueredo for settlement.  *See id.* ¶ 10(b)-(c).  By **January 9, 2023**, the parties shall provide the Court with a status update.

> SO ORDERED.

Dated: December 13, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge