

**Jason A. Wheeler**
314 552 6458  direct
jwheeler@thompsoncoburn.com

One US Bank Plaza
St. Louis, MO 63101

314 552 6000  main
314 552 7000  fax
thompsoncoburn.com

> **MEMO ENDORSED**
>
> HON. VALERIE FIGUEREDO
> UNITED STATES MAGISTRATE JUDGE
>       DATED: January 23, 2024
>
> The pre-settlement conference in this matter is hereby rescheduled for **Thursday, February 1, 2024 at 10:00 a.m.** The dial-in information remains the same. The Clerk of Court is directed to terminate the motion at ECF No. 34.

January 19, 2024

**VIA ECF**

Hon. Valerie Figueredo
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1660
New York, New York 10007
FigueredoNYSDChambers@nysd.uscourts.gov

Re:   **Wade Mullen v. Bodum USA, Inc.**, Case No. 1:23-cv-01166-AT-VF
       Consent Motion to Adjourn January 24, 2024, Pre-Settlement Conference

Dear Judge Figueredo:

I was recently retained by Defendant Bodum USA, Inc. ("Bodum") to represent it in connection with the above lawsuit. A Notice of Substitution was filed on January 17, 2024 (ECF No. 33), but has yet to be entered by the Court.

On December 14, 2023, Judge Torres entered an Order referring this case to your Honor for purposes of settlement (ECF No. 28). The parties were scheduled to appear on January 16, 2024, for a pre-settlement conference (ECF No. 29). Counsel for Bodum did not appear and the Court reset the conference for January 24, 2024 (ECF No. 32).

Regrettably, I am unavailable on January 24th due to a product inspection in an unrelated case in the State of California. We respectfully request that the Court adjourn the pre-settlement conference to a later date to allow undersigned counsel to appear. This is Bodum's first request for adjournment of the pre-settlement conference.

Plaintiff consents to this request.

Very truly yours,

Thompson Coburn LLP

*/s/ Wheeler*

By
        Jason A. Wheeler

January 19, 2024
Page 2


cc:     Alex Kress (akress@johnsonbecker.com)
        Randi Kassan (rkassan@milberg.com)