UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

WADE MULLEN,

                        Plaintiff,                                  **23-CV-1166 (AT)**

        -against-                          **ORDER RESCHEDULING**
                                                            **SETTLEMENT CONFERENCE**

BODUM USA, Inc.,

                        Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The settlement conference in this matter is hereby rescheduled for **Wednesday, September 25, 2024 at 2:00 p.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **September 18, 2024.**

      The Clerk of Court is respectfully directed to terminate the motion at ECF No. 43.

      **SO ORDERED.**

DATED:    New York, New York
                 May 31, 2024

                                                              VALERIE FIGUEREDO
                                                              United States Magistrate Judge