UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WADE MULLEN,

                                  Plaintiff,

           -against-

BODUM USA, Inc.,

                                  Defendant.
------------------------------------------------------------------X

23-CV-1166 (AT)

**ORDER SCHEDULING PRE-SETTLEMENT CONFERENCE CALL**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A pre-settlement conference call in this matter is hereby scheduled for **Wednesday, August 13, 2025, at 12:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. Please dial (646) 453-4442, access code [400 097 482#].

      **SO ORDERED.**

DATED:    New York, New York
               July 2, 2025

                                                               _____
                                                               VALERIE FIGUEREDO
                                                               United States Magistrate Judge