UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WADE MULLEN,

              Plaintiff,

        -against-

BODUM USA, INC.,

              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/9/2026_____

23 Civ. 1166 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has been advised that the parties did not reach a settlement following the conference before the Honorable Valerie Figueredo on December 10, 2025. Accordingly, by **March 23, 2026**, the parties shall file a status update.

      SO ORDERED.

Dated:  March 9, 2026
      New York, New York

ANALISA TORRES
United States District Judge