USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/29/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                                        :

WADE MULLEN,                          :

                     :

                 Plaintiff,    :           23-CV-01166 (VEC)

                     :

            -against-          :           ORDER

                     :

BODUM USA, INC.,               :

                     :

                Defendant.  :

                     :

-------------------------------------------------------------- X

VALERIE CAPRONI, District Judge:

WHEREAS on April 29, 2026, this case was reassigned to the Undersigned for all purposes;

IT IS HEREBY ORDERED that the parties must review and comply with the Undersigned's Individual Practices in Civil Cases (available at the Court's website, https://nysd.uscourts.gov/hon-valerie-e-caproni).

IT IS FURTHER ORDERED that the parties appear for a status conference on **Friday, May 22, 2026, at 10:30 A.M.**  The conference will take place in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that not later than **Thursday, May 14, 2026**, the parties must file a joint letter, not to exceed five pages, containing a brief summary of: (1) the nature of the case, (2) the principal claims and defenses, (3) any outstanding motions or disputes, (4) all mutually acceptable trial dates between July 13, 2026, and the end of the year, and (5) any other information that the parties believe may assist the Court in resolving the action.  Unless notified otherwise by the Court, the parties should presume that any Scheduling Order, Case

Management Plan, or deadlines remain in effect notwithstanding the case's transfer to the

Undersigned.

**SO ORDERED.**

**Date:  April 29, 2026**
       **New York, NY**
                                                         **VALERIE CAPRONI**
                                        **United States District Judge**